IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CARL CASE,

       Petitioner,

vs.                                                              No. CIV-08-0542 MV/WDS

TIM HATCH, Warden,

       Respondent.

## ORDER

THIS MATTER having come before the Court on a motion by Respondent and noting the position of Petitioner,

IT IS HEREBY ORDERED that Respondent's motion is granted and the supplemental brief shall be filed on or before **Wednesday, March 17, 2010.**

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:
Margaret McLean
Assistant Attorney General
February 25, 2010